NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1225

RAJIV SHAH GOSAIN,

Plaintiff-Appellant,

v.

STATE BANK OF INDIA, NEW YORK BRANCH
(as successor to Bank of India Flushing Branch)
and STATE BANK OF INDIA (MUMBAI),

Defendants-Appellees,

and

TEXPLAS INDIA PRIVATE LTD.,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of
New York in case no. 09-CV-4172, Judge Victor Marrero.

ON MOTION

ORDER

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Second Circuit.

Rajic Shah Gosain appeals from a decision of the United States District Court for Southern District of New York granting the defendants' motion to dismiss Gosain's complaint for fraud. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based only upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1)    Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for Second Circuit pursuant to 28 U.S.C. § 1631.

(2)    The briefing schedule is stayed.

FOR THE COURT

MAR 3 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Elias N. Sakalis, Esq.
       Richard S. Last, Esq.
       Karamvir Dahiya, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

MAR 3 0 2010

**JAN HORBALY
CLERK**

2010-1225                                    2